# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Lucas C. Townsend
Direct: +1 202.887.3731
Fax: +1 202.530.4254
LTownsend@gibsondunn.com

March 16, 2021

VIA ECF

The Honorable Brian M. Cogan
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *Amazon.com, Inc. v. Attorney General Letitia James*, No. 1:21-cv-767 (BMC) (E.D.N.Y.)

Dear Judge Cogan:

I represent Plaintiff Amazon.com, Inc. ("Amazon") in the above-captioned matter.

On March 9, 2021, I moved for admission *pro hac vice* to appear as counsel for Amazon in this action. In furtherance of my motion for admission *pro hac vice*, please find enclosed a Certificate of Good Standing from the Bar of the State of New Jersey.

Sincerely,

*/s/ Lucas C. Townsend*
Lucas C. Townsend

Enclosure

cc:  All Counsel of Record (via ECF)