

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

| | |
|---|---|
| LETITIA JAMES<br>ATTORNEY GENERAL | DIVISION OF SOCIAL JUSTICE<br>LABOR BUREAU |

April 12, 2021

**By ECF**
The Honorable Brian M. Cogan
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Amazon.com, Inc. v. New York State Attorney General*, No. 1:21-cv-767

Dear Judge Cogan:

      I write on behalf of Defendant Attorney General of the State of New York (the "Attorney General") regarding the above-captioned case. On February 26, 2021, the Attorney General requested that her time to respond to the Complaint be extended to seven days following issuance of an order in *New York v. Amazon.Com, Inc*., No. 1:21-cv-1417-JSR (S.D.N.Y.) (the "SDNY Action"), on the parties' cross-motions for remand and transfer. ECF No. 17. The Court granted the Attorney General's request on February 28. The Attorney General stated that she would notify the Court of the Order in the SDNY Action by filing a copy within a day of its issuance.

      Attached as Exhibit 1 is Judge Rakoff's Order, dated April 9, 2021, granting the State of New York's motion to remand and denying Amazon's motion to transfer. As indicated in the parties' joint letter, ECF No. 22, the Attorney General intends to move to dismiss the present action on jurisdictional grounds and, in the alternative, to stay this action pending the resolution of the Attorney General's case against Amazon. Accordingly, the Attorney General will file a pre-motion letter on Friday, April 16.

                                                                             Respectfully submitted,

                                                                    */s/ Fiona J. Kaye*
                                                                    Fiona J. Kaye
                                                                    *Counsel for Defendant*

cc:    *All Counsel* (by ECF)

Encl.