UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMAZON.COM INC., <br><br> Plaintiff, <br><br> v. <br><br> ATTORNEY GENERAL LETITIA JAMES, in her official capacity as the Attorney General of the State of New York, <br><br> Defendant. | No. 21-CV-767 (BMC) <br><br> **NOTICE OF MOTION** <br><br> Oral argument requested |

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Attorney General Letitia James, files this Notice of Motion to dismiss or, in the alternative, stay this action. As directed by the Court, Defendant will file and serve her supporting memorandum of law by May 3, 2021; Plaintiff will file and serve its opposition by May 17, 2021; and Defendant will file and serve her reply by May 24, 2021.

DATED: May 3, 2021

Respectfully submitted,

LETITIA JAMES
*Attorney General of the State of New York*

By: <u>*/s/ Fiona J. Kaye*</u>

KAREN CACACE
   *Chief of Labor Bureau*
JULIE R. ULMET
   *Deputy Chief of Labor Bureau*

FIONA J. KAYE
ROYA AGHANORI
ELIZABETH KOO
SETH KUPFERBERG
DANIELA L. NOGUEIRA
JEREMY PFETSCH
   *Assistant Attorneys General*

Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8036
Fiona.Kaye@ag.ny.gov

*Attorneys for the State of New York*