# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMAZON.COM INC., <br><br> Plaintiff, <br><br> v. <br><br> ATTORNEY GENERAL LETITIA JAMES, in her official capacity as the Attorney General of the State of New York, <br><br> Defendant. | No. 21-CV-767 (BMC) <br><br> **NOTICE OF MOTION** <br><br> Oral argument requested |

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Attorney General Letitia James files this Notice of Motion to dismiss or, in the alternative, stay this action. As directed by the Court, Defendant will file and serve her supporting memorandum of law by June 18, 2021; Plaintiff will file and serve its opposition by July 9, 2021; and Defendant will file and serve any reply by July 23, 2021. Plaintiff may file a brief sur-reply by July 30, 2021.

DATED: June 18, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　LETITIA JAMES
　　　　　　　　　　　　　　　　　　　*Attorney General of the State of New York*

　　　　　　　　　　　　　　　　　　　By: */s/ Fiona J. Kaye*

　　　　　　　　　　　　　　　　　　　KAREN CACACE
　　　　　　　　　　　　　　　　　　　　*Chief of Labor Bureau*
　　　　　　　　　　　　　　　　　　　JULIE R. ULMET
　　　　　　　　　　　　　　　　　　　　*Deputy Chief of Labor Bureau*

　　　　　　　　　　　　　　　　　　　FIONA J. KAYE
　　　　　　　　　　　　　　　　　　　ROYA AGHANORI
　　　　　　　　　　　　　　　　　　　ELIZABETH KOO
　　　　　　　　　　　　　　　　　　　SETH KUPFERBERG
　　　　　　　　　　　　　　　　　　　DANIELA L. NOGUEIRA
　　　　　　　　　　　　　　　　　　　JEREMY PFETSCH
　　　　　　　　　　　　　　　　　　　　*Assistant Attorneys General*

　　　　　　　　　　　　　　　　　　　Office of the New York State Attorney General
　　　　　　　　　　　　　　　　　　　28 Liberty Street
　　　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　　Phone: (212) 416-8036
　　　　　　　　　　　　　　　　　　　Fiona.Kaye@ag.ny.gov

　　　　　　　　　　　　　　　　　　　*Attorneys for the State of New York*