

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

| | |
|---|---|
| **LETITIA JAMES**<br>ATTORNEY GENERAL | DIVISION OF SOCIAL JUSTICE<br>LABOR BUREAU |

July 27, 2021

**By ECF**
The Honorable Brian M. Cogan
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Amazon.com, Inc. v. New York State Attorney General*, No. 1:21-cv-767

Dear Judge Cogan:

      I write on behalf of Defendant Attorney General of the State of New York ("OAG") regarding the above-captioned case. As the Court knows, after Defendants removed the OAG's State Action to the U.S. District Court for the Southern District of New York, Judge Rakoff granted the OAG's motion to remand. *See* ECF No. 23-1. Yesterday, Judge Rakoff issued an opinion stating the reasons for the court's decision to grant the OAG's motion. The opinion is attached here as Exhibit 1 for the Court's reference.

                                          Respectfully submitted,

                                          */s/ Fiona J. Kaye*
                                          Fiona J. Kaye
                                          *Counsel for Defendant*

cc:    *All Counsel* (by ECF)

Encl.