UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AMAZON.COM, INC.,

                        JUDGMENT

          Plaintiff,              21-cv-767 (BMC)

   v.

ATTORNEY GENERAL LETITIA JAMES, in
her official capacity as the Attorney General of
the State of New York,
                Defendant.
-----------------------------------------------------------------X

      A Memorandum, Decision, and Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on August 10, 2021, granting the Attorney General's motion to dismiss; it is

      ORDERED and ADJUDGED that the Attorney General's motion to dismiss is granted; and that there is no need to resolve Amazon's motion for summary judgment [Dkt No. 33] in light of the Court's abstention.

Dated:  Brooklyn, New York                          Douglas C. Palmer
         August 11, 2021                              Clerk of Court

                                                    By:    */s/Jalitza Poveda*
                                                             Deputy Clerk