UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMAZON.COM, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL LETITIA JAMES, in her official capacity as the Attorney General of the State of New York,<br><br>    Defendant. | Case No. 1:21-cv-767 (BMC) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Amazon.com, Inc. ("Amazon") appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order entered August 10, 2021 (ECF No. 43) (the "Decision"), the Order entered August 11, 2021 (no ECF No.) (the "Order"), and the Clerk's Judgment entered August 12, 2021 (ECF No. 44) (the "Judgment"), granting Defendant Attorney General Letitia James's motion to dismiss and denying Amazon's motion for summary judgment, and from any and all of the Court's rulings adverse to Amazon incorporated in, antecedent to, or ancillary to the Decision, Order, or Judgment.

Dated: August 17, 2021

                                                Respectfully submitted,

                                                */s/ Jason C. Schwartz*

                                                Jason C. Schwartz (*pro hac vice*)
                                                Lucas C. Townsend (*pro hac vice*)
                                                GIBSON, DUNN & CRUTCHER LLP
                                                1050 Connecticut Avenue, N.W.
                                                Washington, D.C. 20036-5306
                                                Tel.: (202) 955-8500
                                                jschwartz@gibsondunn.com
                                                ltownsend@gibsondunn.com

Mylan L. Denerstein
Zainab N. Ahmad
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: (212) 351-4000
mdenerstein@gibsondunn.com
zahmad@gibsondunn.com

*Attorneys for Plaintiff Amazon.com, Inc.*